[Dkt. Ent. 12]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DR. EDWARD A. RAB,<br><br>                Plaintiff,<br><br>      v.<br><br>BOROUGH OF LAUREL SPRINGS, et al.,<br><br>                Defendants. | Civil No. 08-2413 (RMB/KMW)<br><br>**ORDER** |

THIS MATTER coming before the Court upon a motion for summary judgment by defendants Borough of Laurel Springs, Timothy W. Chalfant, and Michael Walcott (the "Defendants"); and plaintiff Edward Rabb (the "Plaintiff") having opposed the motion; and

THE COURT having reviewed the moving papers and the opposition thereto; and

FOR THE REASONS set forth in the accompanying Opinion;

IT IS on this, the **18th** day of **December** **2009**, hereby

**ORDERED** that the motion for summary judgment shall be **GRANTED-IN-PART** and **DENIED-IN-PART**: the motion shall be granted only as to Plaintiff's § 1983 claims for unlawful seizure against Defendants Walcott and Laurel Springs, and for punitive damages

against Defendant Laurel Springs; the motion shall be denied as to all other claims.

                                                <u>s/Renée Marie Bumb</u>
                                                RENÉE MARIE BUMB
                                                UNITED STATES DISTRICT JUDGE